MARGARET R. WILSON, Appellant and Respondent, *v.* KIRKE R. WILSON, Respondent and Appellant.

Argued September 30, 1947; decided October 17, 1947.

*Israel Rumizen* for plaintiff, respondent and appellant.
*Ralph W. Dox* for defendant, appellant and respondent.

Judgment and order insofar as appealed from by defendant affirmed. Appeals by plaintiff dismissed, on the ground that the order denying her motion for counsel fees and the order denying her motion to vacate that order do not finally determine the action or a special proceeding within the meaning of the

Constitution, and her appeal from the order fixing the amount of permanent alimony presents no question that this court can review (*Powell* v. *Powell,* 294 N. Y. 890). No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.